IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-07-08-S-BLW |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **DECISION AND ORDER** |
| | ) | |
| GARY A. LEHNHERR,  and | ) | |
| RONNIE A. GARDNER, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**MEMORANDUM DECISION**

The Court has before it a request for certification under 28 U.S.C. § 2403(b). The Court finds that this case presents a challenge to the constitutionality of State laws affecting the public interest.  For that reason, the State may have a vital interest in intervening in this case to respond to the constitutional challenge.

Accordingly, the Court will give the State until June 8, 2007, to determine if it wants to intervene under 28 U.S.C. § 2403(b).  If the State does decide to intervene, the Court shall hold a conference with all counsel to set a briefing schedule.

Trial is presently set for May 29, 2007.  The Court cannot expect the State to decide whether to intervene and file a brief far enough in advance of trial to allow

**Memorandum Decision and Order – Page 1**

the Court to resolve defendant's motion to dismiss prior to trial.  Therefore, there must be some reasonable delay to resolve defendant's motion to dismiss, which will involve resetting the trial date to July 23, 2007.  The Court therefore finds excludable time under 18 U.S.C. § 3161(h)(1)(F), and further finds that the delay in resolving defendant's motion to dismiss is reasonable given the importance of allowing the State to decide if it should intervene.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED, that the request for certification (Docket No. 22) is GRANTED.

IT IS FURTHER ORDERED, that the State shall file a Notice with the Court accepting the Certification on or before June 8, 2007, if it desires to intervene under 28 U.S.C. § 2403(b).

IT IS FURTHER ORDERED, that the Government's counsel shall provide a copy of this decision to the State and file a Notice with the Court that this action has been accomplished.

IT IS FURTHER ORDERED, that the present trial date of May 29, 2007, shall be vacated, and that a new trial date be set for **July 23, 2007, at 1:30 p.m.** in the Federal Courthouse in Boise Idaho.

IT IS FURTHER ORDERED, that the motion to dismiss shall be heard on

July 12, 2007, at 1:30 p.m., in the James A. McClure Federal Building and United

States Courthouse in Boise, Idaho and that the Court shall also hold a pretrial

conference at the same time.

DATED:  **May 17, 2007**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision and Order – Page 3**